UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES L. TOPPER,

Plaintiff,

v.

JOHN ADENT, et al.,

Defendants.
_______________________________/

Case No. 1:25-cv-1649

Hon. Hala Y. Jarbou

## ORDER

Before the Court is the parties' stipulation to stay this derivative action. Rather than have this civil action remain on the Court's docket indefinitely, a result which is contrary to the interests of the Court, the parties, and the public, the Court has decided to administratively close this matter until the related appellate proceedings are concluded.

Accordingly,

**IT IS ORDERED** that the stipulation (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that in the interest of the effective administration of the Court's business, without prejudice to either party to this action, this matter is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that this closing is for administrative purposes only and does not constitute a decision on the merits. Upon termination of the appellate proceedings, the Court will allow either party to move to reopen this action. Any such motion need only refer to this order and it will be granted.

Dated: September 23, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE